```
                            United States Bankruptcy Court
                            Middle District of Pennsylvania
In re:                                                              Case No. 19-00195-HWV
Brian Lee Unger                                                     Chapter 13
         Debtor                    CERTIFICATE OF NOTICE

District/off: 0314-1           User: DDunbar              Page 1 of 1            Date Rcvd: Apr 02, 2019
                               Form ID: ntcnfhrg          Total Noticed: 19
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 04, 2019.
```
db            +Brian Lee Unger,    2944 Hanover Pk.,    Hanover, PA 17331-8838
aty           +Leah M. Stump-Lesley,    Harold Shepley & Associates, LLC,    3115 N. Front Street,
                Harrisburg, PA  17110,    UNITED STATES 17110-1310
5151275        ARS Account Resolutions,    PO Box 459079,    Fort Lauderdale, FL 33345-9079
5151273        Advanced Otolaryngology & Allergy,,    864 Broadway,    Hanover, PA 17331-1501
5151274       +Amanda Unger,    130 Matthew Drive,    New Oxford, PA 17350-8867
5151276       +Bureau of Account Management,    3607 Rosemont Avenue,    Suite 502 P.O. Box 8875,
                Camp Hill, PA 17011-6904
5151279       +Delmarva Col,    820 East Main Street,    Salisbury, MD 21804-5025
5173594        Directv, LLC,    by American InfoSource as agent,    PO Box 5008,    Carol Stream, IL  60197-5008
5151280       +KML Law Group,    Suite 5000 - BNY Independence Cente,    701 Market Street,
                Philadelphia, PA 19106-1538
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5151278        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 02 2019 19:47:55     Capital One,
                Bankruptcy Department,    P.O. Box 5155,    Norcross, GA 30091
5151277       +E-mail/Text: bankruptcy@usecapital.com Apr 02 2019 19:40:49     Capital Accounts,
                Attn:  Bankruptcy Dept.,    P.O. Box 140065,    Nashville, TN 37214-0065
5151281        E-mail/Text: camanagement@mtb.com Apr 02 2019 19:40:17     M&T Bank,    P.O. Box 1302,
                Buffalo, NY 14240
5176150        E-mail/Text: camanagement@mtb.com Apr 02 2019 19:40:17     M&T Bank,    P.O. Box 840,
                Buffalo, NY 14240-0840
5151282        E-mail/Text: Bankruptcies@nragroup.com Apr 02 2019 19:40:46     National Recovery Agency,
                P.O. Box 67015,    Harrisburg, PA 17106-7015
5162443       +E-mail/PDF: cbp@onemainfinancial.com Apr 02 2019 19:47:43     OneMain,    PO Box 3251,
                Evansville, IN 47731-3251
5151283       +E-mail/PDF: cbp@onemainfinancial.com Apr 02 2019 19:47:32     OneMain Financial,
                Attn: Bankruptcy,   601 NW 2nd Street,    Evansville, IN 47708-1013
5172707        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 02 2019 19:47:56
                Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
5151284       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 02 2019 19:58:22
                Portfolio Recovery,    PO Box 41021,    Norfolk, VA 23541-1021
5151285        E-mail/Text: julie.baugher@pinnaclehealth.org Apr 02 2019 19:40:07     UPMC Pinnacle Hanover,
                PO Box 824234,    Philadelphia, PA 19182-4234
                                                                                             TOTAL: 10

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 04, 2019                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 2, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James   Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              Leah M Stump    on behalf of Attorney Leah M. Stump-Lesley lstump@shepleylaw.com
              Leah M Stump    on behalf of Debtor 1 Brian Lee Unger lstump@shepleylaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5
```

|  |  |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** | |
| MIDDLE DISTRICT OF PENNSYLVANIA | |
| In re: | |
| Brian Lee Unger, | Chapter 13 |
| **Debtor 1** | Case No. 1:19–bk–00195–HWV |

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**May 1, 2019** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: May 8, 2019<br>Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101–1737<br>(717) 901–2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: DDunbar, Deputy Clerk |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: April 2, 2019 |

ntcnfhrg (03/18)