```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                             Case No. 19-00195-HWV
Brian Lee Unger                                                    Chapter 13
         Debtor              CERTIFICATE OF NOTICE
District/off: 0314-1          User: DDunbar              Page 1 of 1              Date Rcvd: Oct 10, 2019
                              Form ID: ordsmiss          Total Noticed: 19
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 12, 2019.
```
db             +Brian Lee Unger,    2944 Hanover Pk.,     Hanover, PA 17331-8838
aty            +Leah M. Stump-Lesley,    Harold Shepley & Associates, LLC,    3115 N. Front Street,
                 Harrisburg, PA   17110,    UNITED STATES 17110-1310
5151275         ARS Account Resolutions,     PO Box 459079,    Fort Lauderdale, FL 33345-9079
5151273         Advanced Otolaryngology & Allergy,,     864 Broadway,    Hanover, PA 17331-1501
5151274        +Amanda Unger,    130 Matthew Drive,    New Oxford, PA 17350-8867
5151276        +Bureau of Account Management,     3607 Rosemont Avenue,    Suite 502 P.O. Box 8875,
                 Camp Hill, PA 17011-6904
5151279        +Delmarva Col,    820 East Main Street,    Salisbury, MD 21804-5025
5151280        +KML Law Group,    Suite 5000 - BNY Independence Cente,     701 Market Street,
                 Philadelphia, PA 19106-1538
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5151278         EDI: CAPITALONE.COM Oct 10 2019 23:18:00      Capital One,    Bankruptcy Department,
                 P.O. Box 5155,    Norcross, GA 30091
5151277        +E-mail/Text: bankruptcy@usecapital.com Oct 10 2019 19:30:03      Capital Accounts,
                 Attn: Bankruptcy Dept.,     P.O. Box 140065,    Nashville, TN 37214-0065
5173594         EDI: DIRECTV.COM Oct 10 2019 23:18:00      Directv, LLC,    by American InfoSource as agent,
                 PO Box 5008,    Carol Stream, IL   60197-5008
5151281         E-mail/Text: camanagement@mtb.com Oct 10 2019 19:29:29      M&T Bank,    P.O. Box 1302,
                 Buffalo, NY 14240
5176150         E-mail/Text: camanagement@mtb.com Oct 10 2019 19:29:29      M&T Bank,    P.O. Box 840,
                 Buffalo, NY 14240-0840
5151282         E-mail/Text: Bankruptcies@nragroup.com Oct 10 2019 19:30:00      National Recovery Agency,
                 P.O. Box 67015,    Harrisburg, PA 17106-7015
5162443        +EDI: AGFINANCE.COM Oct 10 2019 23:18:00      OneMain,    PO Box 3251,    Evansville, IN 47731-3251
5151283        +EDI: AGFINANCE.COM Oct 10 2019 23:18:00      OneMain Financial,    Attn: Bankruptcy,
                 601 NW 2nd Street,    Evansville, IN 47708-1013
5172707         EDI: PRA.COM Oct 10 2019 23:18:00      Portfolio Recovery Associates, LLC,    POB 12914,
                 Norfolk VA 23541
5151284        +EDI: PRA.COM Oct 10 2019 23:18:00      Portfolio Recovery,    PO Box 41021,
                 Norfolk, VA 23541-1021
5151285         E-mail/Text: julie.baugher@pinnaclehealth.org Oct 10 2019 19:29:21      UPMC Pinnacle Hanover,
                 PO Box 824234,    Philadelphia, PA 19182-4234
                                                                                              TOTAL: 11

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 12, 2019                          Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 10, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James   Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              Leah M Stump    on behalf of Attorney Leah M. Stump-Lesley lstump@shepleylaw.com
              Leah M Stump    on behalf of Debtor 1 Brian Lee Unger lstump@shepleylaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Brian Lee Unger,      Chapter    13

**Debtor 1**

Case No.    1:19–bk–00195–HWV

## Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

Dated: October 10, 2019      By the Court,

*Henry W. Van Eck* (signature)

Honorable Henry W. Van Eck
United States Bankruptcy Judge
By: DDunbar, Deputy Clerk

ordsmiss (05/18)